**Electronically Filed
Supreme Court
SCWC-23-0000336
11-MAR-2026
07:47 AM
Dkt. 5 OGAC**

SCWC-23-0000336

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI,
Petitioner/Plaintiff-Appellant,

vs.

VIHN DU CHAU,
also known as VIHN CHAU, also known as ERIC CHAU,
Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000336; CASE NO. 2FFC-22-0000171)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Wong, assigned by reason of vacancy)

Petitioner State of Hawaiʻi's application for writ of

certiorari, filed on January 28, 2026, is hereby accepted and

will be scheduled for oral argument.  The parties will be

notified by the appellate clerk regarding scheduling.

IT IS FURTHER ORDERED that the parties shall submit

supplemental briefing addressing whether service is an element

of the Violation of an Order for Protection offense following

the 1998 amendment to Hawaiʻi Revised Statutes § 586-6.

Supplemental briefs shall be filed by April 10, 2026, and shall not exceed fifteen (15) pages.

DATED: Honolulu, Hawai'i, March 11, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Paul B.K. Wong